## 20446. FERGUSON v. THE STATE.

PER CURIAM. The Supreme Court of the United States having reversed on March 27, 1961, the decision and judgment of this court in *Ferguson v. State*, 215 Ga. 117 (109 S. E. 2d 44), it is hereby ordered that the judgment of the Supreme Court of the United States be and the same is hereby made the judgment of this court; and in consequence thereof the judgment of the Superior Court of Douglas County is

*Reversed. All the Justices concur.*

DECIDED MAY 1, 1961.

*Paul James Maxwell*, for plaintiff in error.

*Dan Winn*, Solicitor-General, *John T. Perren*, Assistant Solicitor-General, *Robert J. Noland*, *Eugene B. Brown*, *Eugene Cook*, Attorney-General, *Rubye G. Jackson*, Assistant Attorney-General, contra.